PHILLIP A. TALBERT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:01-CR-05406-LJO |
|---|---|
| Plaintiff, | MOTION TO DISMISS INDICTMENT AND RECALL WARRANT; ORDER |
| v. | |
| FERNANDO CASTANEDA, | |
| Defendant. | |

The United States of America ("the government"), by and through Phillip A. Talbert, United States Attorney and Kathleen A. Servatius, Assistant United States Attorney, hereby moves this Court to dismiss without prejudice the indictment as to Fernando Castaneda and order the recall of the arrest warrant as to him in Case No. 1:01-CR-05406-LJO, in the interest of justice, and pursuant to Fed. R. Crim. P. 48(a).

Dated: June 17, 2016               BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ *Kathleen A. Servatius*
                                   KATHLEEN A. SERVATIUS
                                   Assistant United States Attorney

///

///

///

1

# **ORDER**

On the basis of good cause, to serve the interest of justice, and pursuant to the government's motion and Fed. R. Crim. P. 48(a), the indictment and warrant in Case Number 1:01-CR-05406 LJO shall be DISMISSED and RECALLED as to Fernando Castaneda.  The clerk of court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 20, 2016**              /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE